No. 399, Misc. PINE v. BOYLE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph A. McMenamin* for petitioner.

No. 411, Misc. LOWREY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Albert Bernhard De Salardi* for petitioner.

No. 416, Misc. BURSON v. ALVIS, WARDEN. Supreme Court of Ohio. Certiorari denied. *James N. Linton* and *Henry J. Linton* for petitioner.

No. 418, Misc. BALDWIN v. HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 423, Misc. AHEARN v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 431, Misc. KRONBERG v. HALE ET AL. C. A. 9th Cir. Certiorari denied. *William Farnum White* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondents.

No. 436, Misc. BANKS v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 453, Misc. MORTON v. STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 456, Misc. EKBERG v. CALIFORNIA. Supreme Court of California. Certiorari denied.